NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BUTAMAX(TM) ADVANCED BIOFUELS LLC,**
*Plaintiff/Counterclaim Defendant-Appellant,*

**AND**

**E.I. DUPONT DE NEMOURS AND CO.,**
*Counterclaim Defendant,*

**v.**

**GEVO, INC.,**
*Defendant/Counterclaimant-
Cross Appellant.*

---

2012-1490, -1508

---

Appeals from the United States District Court for the District of Delaware in case no. 11-CV-0054, Judge Sue L. Robinson.

---

**ON MOTION**

---

**ORDER**

Upon further review of the court's July 31, 2012 order,

IT IS ORDERED THAT:

Gevo, Inc.'s response brief is due August 17, 2012. Butamax™ Advanced Biofuels LLC's reply brief is due August 28, 2012. Gevo, Inc.'s reply brief is due September 10, 2012. The joint appendix is due September 17, 2012. The case will be placed on the next available oral argument calendar after the briefing is completed.

FOR THE COURT

AUG 0 2 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Leora Ben-Ami, Esq.
Gerald J. Flattmann, Jr., Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 0 2 2012

JAN HORBALY
CLERK